IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY SANCHEZ, | ) | 1:05-CV-00723-REC-DLB-HC |
| | ) | |
| Petitioner, | ) | SECOND ORDER TO PAY $5.00 |
| | ) | FILING FEE |
| vs. | ) | |
| | ) | |
| DERRAL G. ADAMS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

      Petitioner, a state prisoner proceeding pro se, is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      On August 9, 2005, petitioner was ordered by the court to pay the $5.00 filing fee for this action. On August 23, 2005, petitioner submitted evidence to the court that on August 13, 2005, he submitted a Trust Account Withdrawal Order to the prison, requesting that the prison send payment of the filing fee

1

1 | to the court.  However, the court has not received any payment of
2 | the filing fee.  Petitioner will be provided another opportunity
3 | to comply with the court's order and pay the $5.00 filing fee.
4 |     Accordingly, IT IS HEREBY ORDERED that within thirty
5 | days of the date of service of this order, petitioner shall pay
6 | the $5.00 filing fee for this action.  Failure to comply with
7 | this order will result in a recommendation that this action be
8 | dismissed.
9 |   IT IS SO ORDERED.
10 | **Dated:  September 21, 2005**          **/s/ Robert E. Coyle**
   | 668554                              UNITED STATES DISTRICT JUDGE

2