1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  ANTHONY SANCHEZ,                              CV F   05-0723 REC DLB HC

10                    Petitioner,               ORDER DIRECTING PETITIONER TO
                                                SUBMIT SIGNATURE UNDER PENALTY OF
11        v.                                    PERJURY

12                                              [Doc. 1]
    DERRAL G. ADAMS, Warden,
13
                      Respondent.
14  _____/

15
16        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

17  pursuant to 28 U.S.C. § 2254.

18        Petitioner filed the instant petition for writ of habeas corpus on June 6, 2005.  Upon a

19  close examination of the Petition submitted to the Court, the Petition does not contain a

    signature.  Local Rule 7-131 requires a document submitted to the Court for filing to include an
20
    original signature.  In addition, Rule 2 of the Rules Governing Section 2254 Cases requires a
21
    petition for writ of habeas corpus to "be signed under penalty of perjury by the petitioner."  Rule
22
23  2(c), Rules Governing Section 2254 Cases.  In light of the difficulty in having petitioner submit

24  an entire new habeas corpus petition, Petitioner is ORDERED to submit a document stating that

25  he submitted the instant Petition to the Court and signed it under penalty of perjury.   The

    document should contain an original signature also made under penalty of perjury.
26
          Petitioner is GRANTED twenty (20) days from the date of service of this order to comply
27
28  with the Court's directive.  Petitioner is forewarned that failure to comply with a Court order will

1  result in dismissal of the petition pursuant to Local Rule 11-110.

2

3       IT IS SO ORDERED.

4       **Dated:**   **October 12, 2005**                    **/s/ Dennis L. Beck**
   3b142a                                        UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28