UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY SANCHEZ, | ) | 1:05-CV-00723-REC-DLB-HC |
| Petitioner, | ) ) | |
| v. | ) ) | ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE (DOCUMENT #13) |
| WARDEN DERRAL ADAMS, | ) ) | |
| Respondent. | ) ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On February 24, 2006, petitioner filed a motion to extend time to file a traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted until April 17, 2006 in which to file his traverse.

IT IS SO ORDERED.

Dated:   **March 7, 2006**            **/s/ Dennis L. Beck**
ah0l4d                      UNITED STATES MAGISTRATE JUDGE